

U.S. Department of Justice

United States Attorney
Eastern District of New York

RMP
F. #2022R00288

271 Cadman Plaza East
Brooklyn, New York 11201

February 8, 2024

By ECF

The Honorable Joan M. Azrack
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: United States v. David Scotese
Criminal Docket No. 23-231 (JMA)

Dear Judge Azrack:

The government respectfully submits this letter on behalf of the parties to request that the Court schedule a change of plea hearing, adjourn the status conference currently scheduled for February 14, 2024, and exclude time under the Speedy Trial Act. The parties are advised by Your Honor's courtroom deputy that the Court is available for a change of plea proceeding on March 13, 2024 at 12:00 p.m., and the parties respectfully request that the Court set the plea hearing for, and exclude time until, that date. The parties respectfully submit that the interests of justice served by the exclusion of time to facilitate preparation for the plea outweigh the interests of the defendant and the public in a speedy trial.

Respectfully submitted,

BREON PEACE
United States Attorney

By:   /s/ Robert M. Pollack
Robert M. Pollack
Assistant U.S. Attorney
(718) 254-6232

cc: Clerk of the Court (JMA) (by ECF)
Counsel of record (by ECF and E-mail)